CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Peeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY BINNS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:17-cv-00514 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| COMMONWEALTH OF | ) | |
| VIRGINIA, et al., | ) | Hon. Michael F. Urbanski |
| Defendants. | ) | Chief United States District Judge |

By the Order entered on April 2, 2018, the court directed pro se plaintiff Gregory Binns to pay the outstanding filing fee or to otherwise respond within ten days based on information in the record that he had been released from incarceration. Plaintiff was advised that a failure to respond would result in the dismissal of the action without prejudice. More than ten days have elapsed, and Plaintiff has failed to respond. Accordingly, the court dismisses the complaint without prejudice and denies all pending motions as moot.

ENTER: This __10__ day of May, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge