CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **GREGORY BINNS,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:17-cv-00514 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF** | ) | |
| **VIRGINIA, et al.,** | ) | Hon. Michael F. Urbanski |
| Defendants. | ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, all pending motions are **DENIED** as moot, and the action is **STRICKEN** from the active docket.

ENTER: This 10th day of May, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge